UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 3:23-CR-61 |
| | ) |
| CUMECUS CATES & GRADY | ) JUDGES CRYTZER/MCCOOK |
| CHANDLER, | ) |
| | ) |
| Defendants. | ) |

**VERDICT FORM**

We, the jury, unanimously find the following:

Question 1: With respect to the charge in Count One of the indictment for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, from on or about September 26, 2022, up to and including on or about January 6, 2023, we find the Defendant Cumecus Cates:

____✓____ GUILTY          _____ NOT GUILTY

If you answered "guilty" in response to question 1, proceed to question 1(a).

If you answered "not guilty" in response to question 1, go to question 2.

Question 1(a): With respect to Count One as to the Defendant Cumecus Cates, the amount of methamphetamine was (indicate answer by checking one line below):

____✓____ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

1

Question 2: With respect to Count One of the indictment for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, we find the Defendant Grady Chandler:

____✓____ GUILTY          _____ NOT GUILTY

If you answered "guilty" in response to question 2, proceed to question 2(a).

If you answered "not guilty" in response to question 2, go to question 3.

Question 2(a). With respect to Count One as to the Defendant Grady Chandler, the amount of methamphetamine was (indicate answer by checking one line below):

____✓____ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

Question 3: With respect to Count Two of the indictment for Distribution of Methamphetamine, aided and abetted by another, on or about September 28, 2022, we find the Defendant Cumecus Cates:

____✓____ GUILTY          _____ NOT GUILTY

If you answered "guilty" in response to question 3, proceed to question 3(a).

If you answered "not guilty" in response to question 3, go to question 4.

Question 3(a). With respect to Count Two as to the Defendant Cumecus Cates, the amount of methamphetamine was (indicate answer by checking one line below):

____✓____ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

Question 4: With respect to Count Three of the indictment for Distribution of Methamphetamine, aided and abetted by another, on or about October 11, 2022, we find the Defendant Cumecus Cates:

___✓___ GUILTY     _____ NOT GUILTY

If you answered "guilty" in response to question 4, proceed to question 4(a).

If you answered "not guilty" in response to question 4, go to question 5.

Question 4(a). With respect to Count Three as to the Defendant Cumecus Cates, the amount of amount of methamphetamine was (indicate answer by checking one line below):

___✓___ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

Question 5: With respect to Count Four of the indictment for Distribution of Methamphetamine, aided and abetted by another, on or about November 2, 2022, we find the Defendant Cumecus Cates:

___✓___ GUILTY     _____ NOT GUILTY

If you answered "guilty" in response to question 5, proceed to question 5(a).

If you answered "not guilty" in response to question 5, go to question 6.

Question 5(a). With respect to Count Four as to the Defendant Cumecus Cates, the amount of amount of methamphetamine was (indicate answer by checking one line below):

___✓___ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

3

Case 3:23-cr-00061-KAC-JEM   Document 125   Filed 08/02/24   Page 3 of 5   PageID #: 434

Question 6: With respect to Count Five of the indictment, for Distribution of Methamphetamine, aided on and abetted by another, on or about November 17, 2022, we find the Defendant Cumecus Cates:

__✓__ GUILTY  _____ NOT GUILTY

If you answered "guilty" in response to question 6, proceed to question 6(a).

If you answered "not guilty" in response to question 6, go to question 7.

Question 6(a). With respect to Count Five as to the Defendant Cumecus Cates, the amount of amount of methamphetamine was (indicate answer by checking one line below):

__✓__ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

Question 7: With respect to Count Six of the indictment, for Distribution of Methamphetamine, aided and abetted by another, on or about November 29, 2022, we find the Defendant Cumecus Cates:

__✓__ GUILTY  _____ NOT GUILTY

If you answered "guilty" in response to question 7, proceed to question 7(a).

If you answered "not guilty" in response to question 7, go to question 8.

Question 7(a). With respect to Count Six as to the Defendant Cumecus Cates, the amount of amount of methamphetamine was (indicate answer by checking one line below):

__✓__ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

Question 8: With respect to Count Seven of the indictment, for Distribution of Methamphetamine on or about January 6, 2023, we find the Defendant Grady Chandler:

__✓__ GUILTY  _____ NOT GUILTY

If you answered "guilty" in response to question 8, proceed to question 8(a).

If you answered "not guilty" in response to question 8, skip question 8(a).

Question 8(a). With respect to Count Seven as to the Defendant Grady Chandler, the amount of amount of methamphetamine was (indicate answer by checking one line below):

__✓__ 50 grams or more

_____ 5 grams or more, but less than 50 grams

_____ less than 5 grams.

**Once the form is complete, the foreperson should sign and date the form below.**

_____
Foreperson

Dated: __8-2-24__

5